PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

FILED BY _____ O.C.

05 JUN 10 PM 4: 06

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| **vs** | ) |
| | ) |
| Fred Kratt | ) |

**Case No.** 05-20080-01

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Fred Kratt, have discussed with Stephanie K. Denton, Pretrial Services Officer, modification of my release condition as follows:

Defendant is allowed to travel outside of the WD/TN for employment on an unrestricted basis.

All other conditions of release will remain in effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| | | | |
|---|---|---|---|
| _____ | 6-6-05 | _Stephanie K Denton_ | 6/6/05 |
| Signature of Defendant | Date | Pretrial Services Officer | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Pamela B Hamrin_   6/7/05
Signature of Defense Counsel    Date

[✓] The above modification of conditions of release is ordered, to be effective on _June 10, 2005._

[ ] The above modification of conditions of release is <u>not</u> ordered.

_____   6/10/05
Signature of Judicial Officer    Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:05-CR-20080 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable Samuel Mays
US DISTRICT COURT