IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 20 PM 2: 2

ROBERT R. Di TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                    NO. 05-20080-Ma

FRED KRATT,

    Defendant.

---

ORDER EXTENDING MOTIONS DEADLINE
AND ORDER RESETTING TRIAL AND EXCLUDING TIME

---

Before the court is defendant Fred Kratt's June 16, 2005, motion for additional time within which to file pretrial motions in this matter. For good cause shown, the motion is granted. The defendant shall have to and including August 26, 2005, within which to file pretrial motions.

The trial of this matter is continued to September 6, 2005, at 9:30 a.m., with a report date of August 26, 2005, at 2:00 p.m.

The period from August 12, 2005, through September 16, 2005, is excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

**IT IS SO ORDERED** this the __17th__ day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:05-CR-20080 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT